1   [See signature page for counsel]

2

3

4

5

6

7

8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO DIVISION**

14

15
    CADENCE DESIGN SYSTEMS, INC.;          CASE NO. C07-00823-MHP
16  MAGMA DESIGN AUTOMATION, INC.;
    ALTERA CORPORATION AND MENTOR          **STIPULATION REGARDING**
17  GRAPHICS CORPORATION,                  **DEFENDANT'S NOTICE OF**
                                           **WITHDRAWAL OF MOTION**
18            Plaintiffs,

19        vs.                              Hearing Date:   **May 21, 2007**
                                           Hearing Time:   **4:00 p.m.**
20  NARPAT BHANDARI AND VANGUARD           Location:       **Courtroom 15, 18th Fl.**
    SYSTEMS, INC.                          Judge:          **Hon. Marilyn H. Patel**
21
              Defendants.
22

23

24

25        WHEREAS, Defendants filed a motion to transfer, dismiss or stay the present action

26  (D.I. No. 16) on April 16, 2007, to be heard at the initial Case Management Conference,

27  currently scheduled for May 21, 2006, at 4:00 p.m.;

28

1    WHEREAS, on May 11, 2007, the Eastern District of Texas, Tyler Division, in the

2    pending action, Narpat Bhandari v. Cadence Design Syst., Inc. et al., Civil Action No. 6:06-cv-

3    480-LED, entered a memorandum opinion and order dismissing the pending action;

4    WHEREAS, on May 11, 2007, Defendants filed a Notice to Withdrawal of their Motion

5    to Dismiss, Stay or Transfer (D.I. No. 35);

6    WHEREAS, after all parties were served with the Notice to Withdraw, counsel for

7    Defendants telephoned counsel for Plaintiffs to discuss Defendants' Notice to Withdrawal of

8    their Motion to Dismiss, Stay or Transfer;

9    THEREFORE, Plaintiffs Cadence Design Systems, Inc.; Magma Design Automation,

10   Inc.; Altera Corporation and Mentor Graphics Corporation, and Defendants Narpat Bhandari

11   and Vanguard Systems, Inc. hereby STIPULATE that Defendants' Motion to Transfer, Dismiss

12   or Stay be taken off calendar and withdrawn from hearing on May 21, 2007.

13

14   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

15   Submitted: May 14, 2007

16
17   Attorneys for Plaintiff CADENCE DESIGN          Attorneys for Plaintiff MAGMA DESIGN
     SYSTEMS, INC.                                    AUTOMATION, INC.

18     /s/  Michael R. Headley                          /s/  Mark E. Miller

19   Frank Scherkenbach (CA Bar No. 142549)          George A. Riley (CA Bar No. 118304)
     FISH & RICHARDSON P.C.                          Mark E. Miller (CA Bar No. 130200)
20   225 Franklin Street                             Luann L. Simmons (CA Bar No. 203526)
     Boston, MA 02110-2804                           O'MELVENY & MYERS LLP
21   Telephone: (617) 542-5050                       Embarcadero Center West
     Facsimile: (617) 542-8906                       275 Battery Street
22   Email: scherkenback@fr.com                      San Francisco, California 94111-3305
                                                     Telephone: (415) 984-8700
23   Howard G. Pollack (CA Bar No. 162897)           Facsimile: (415) 984-8701
     Michael R. Headley (CA Bar No. 220834)          Email: griley@omm.com
24   FISH & RICHARDSON P.C.                          markmiller@omm.com
     500 Arguello Street, Suite 500                  lsimmons@omm.com
25   Redwood City, CA 94063
     Telephone: (650) 839-5070
26   Facsimile: (650) 839-5071
     Email: pollack@fr.com
27   headley@fr.com

28

1   Attorneys for Plaintiff ALTERA            Attorneys for Plaintiff MENTOR GRAPHICS
    CORPORATION                               CORPORATION
2

3    /s/  Karl J. Kramer                        /s/  Adam R. Alper

4   Karl J. Kramer (CA Bar No. 136433)       Robert G. Krupka, P.C. (CA Bar No. 196625)
    Christopher F. Jeu (CA Bar No. 247865)   KIRKLAND & ELLIS LLP
    MORRISON & FOERSTER                      777 South Figueroa Street
5   755 Page Mill Road                       Los Angeles, California 90017
    Palo Alto, CA 94304-1018                 Telephone: (213) 680-8400
6   Telephone: (650) 813-5600                Facsimile: (213) 680-8500
    Facsimile: (650) 494-0792                Email: bkrupka@kirkland.com
7   Email: kkramer@mofo.com
    cjeu@mofo.com                            Adam R. Alper (CA Bar No. 196834)
8                                            KIRKLAND & ELLIS LLP
                                             555 California Street
9                                            San Francisco, California 94104-1501
                                             Telephone: (415) 439-1400
10                                           Facsimile: (415) 439-1500
                                             Email: aalper@kirkland.com
11

12  Attorneys for Defendants NARPAT
    BHANDARI and VANGUARD SYSTEMS,
13  INC.

14   /s/  Michael E. Dergosits

15  Michael Dergosits (CA Bar No. 118206) [1]
16  Teddy K. Joe (CA Bar No. 242589)
    DERGOSITS & NOAH, L.L.P.
17  Four Embarcadero Center, Suite 1450
    San Francisco, CA 94111
18  Telephone: (415) 705-6377
    Facsimile: (415) 705-6383
19  Email: mdergosits@dergnoah.com
    tjoe@dergnoah.com
20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  Dated: __May  18_____, 2007        By: _____

24                                     THE HONOR...
                                       United States D...
25

26  [1] *Filer's Attestation: Pursuant to General Order No. ... filer hereby ...sts*
27  *that the signatories' concurrence in the filing of this document has been obtained.*

28

**STIPULATION REGARDING DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION**
**CASE NO. C07-00823-MHP**

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA