1 [See signature page for counsel]

2
3
4
5
6
7
8
9
10

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13 **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.; MAGMA DESIGN AUTOMATION, INC.; ALTERA CORPORATION AND MENTOR GRAPHICS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NARPAT BHANDARI AND VANGUARD SYSTEMS, INC.<br><br>Defendants. | CASE NO. C07-00823-MHP<br><br>**STIPULATION REGARDING DEFENDANTS' AMENDED ANSWER TO AMENDED COMPLAINT FOR DECLARATORY RELIEF AND AMENDED COUNTERCLAIMS**<br><br>Hearing Date:  **May 21, 2007**<br>Hearing Time:  **4:00 p.m.**<br>Location:  **Courtroom 15, 18th Fl.**<br>Judge:  **Hon. Marilyn H. Patel** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants may file an Amended Answer to Amended Complaint for Declaratory Relief and Amended Counterclaims, a copy of which is attached

hereto as Exhibit A.  Such amendments include the withdrawal of Defendants' Affirmative Defenses, and the correction of Defendant Vanguard System, Inc.'s state of incorporation.

IT IS FURTHER STIPULATED that Plaintiffs waive notice and service of the amended answer and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in Plaintiffs Cadence Design Systems, Inc.; Magma Design Automation, Inc.; Altera Corporation; and Mentor Graphics Corporations' Reply to Defendants' Counterclaims (D.I. No. 21) shall be responsive to the amended answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Submitted: May 18, 2007

| Attorneys for Plaintiff CADENCE DESIGN SYSTEMS, INC. | Attorneys for Plaintiff MAGMA DESIGN AUTOMATION, INC. |
|---|---|
| /s/  Howard G. Pollack | /s/   Mark E. Miller |
| Frank Scherkenbach (CA Bar No. 142549)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5050<br>Facsimile: (617) 542-8906<br>Email: scherkenback@fr.com<br><br>Howard G. Pollack (CA Bar No. 162897)<br>Michael R. Headley (CA Bar No. 220834)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br>Email: pollack@fr.com<br>headley@fr.com | George A. Riley (CA Bar No. 118304)<br>Mark E. Miller (CA Bar No. 130200)<br>Luann L. Simmons (CA Bar No. 203526)<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, California 94111-3305<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br>Email: griley@omm.com<br>markmiller@omm.com<br>lsimmons@omm.com |

| | |
|---|---|
| Attorneys for Plaintiff ALTERA CORPORATION | Attorneys for Plaintiff MENTOR GRAPHICS CORPORATION |
| /s/   Karl J. Kramer | /s/   Adam R. Alper |
| Karl J. Kramer (CA Bar No. 136433)<br>Christopher F. Jeu (CA Bar No. 247865)<br>MORRISON & FOERSTER<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>Email: kkramer@mofo.com<br>cjeu@mofo.com | Robert G. Krupka, P.C. (CA Bar No. 196625)<br>KIRKLAND & ELLIS LLP<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: bkrupka@kirkland.com<br><br>Adam R. Alper (CA Bar No. 196834)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104-1501<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: aalper@kirkland.com |

Attorneys for Defendants NARPAT BHANDARI and VANGUARD SYSTEMS, INC.

/s/   Michael E. Dergosits

Michael Dergosits (CA Bar No. 118206) [1]
Teddy K. Joe (CA Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
Email: mdergosits@dergnoah.com
tjoe@dergnoah.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 22      , 2007         By: _____
                                              THE HONORABLE
                                              United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[1] *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

3
**STIPULATION REGARDING DEFENDANTS' AMENDED ANSWER TO AMENDED COMPLAINT**
**CASE NO. C07-00823-MHP**