# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.; MAGMA DESIGN AUTOMATION, INC.; ALTERA CORPORATION AND MENTOR GRAPHICS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NARPAT BHANDARI AND VANGUARD SYSTEMS, INC.<br><br>Defendants. | CASE NO. C07-00823-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PLACE MEMORANDUM IN OPPOSITON TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND THE DECLARATION OF EDWARD GOLDSTEIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>Hearing Date: **September 27, 2007**<br>Hearing Time: **2:30 p.m.**<br>Location: **Courtroom 15, 18th Fl.**<br>Judge: **Hon. Marilyn H. Patel** |

Having received and Considered Defendants Narpat Bhandari and Vanguard Systems, Inc.'s ("Defendants") Administrative Motion To Place Memorandum In Opposition To Plaintiffs' Motion For Summary Judgment And The Declaration Of Edward Goldstein In Support Of Defendants' Opposition To Plaintiffs' Motion For Summary Judgment Under Seal and the declarations in support thereof as provided under Local Rule 79-5(d), and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion is Granted, in part and ~~Memorandum In Opposition To Plaintiffs' Motion For Summary Judgment And~~ The Declaration Of Edward Goldstein In Support Of Defendants' Opposition To Plaintiffs' Motion For Summary Judgment, docket document numbers ~~67~~ and 69, respectfully, shall be placed under seal.

IT IS SO ORDERED

Dated: 8/28/2007

_____
Honorable Marilyn H. Patel
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*