Robert G. Krupka, P.C. (# 196625, bkrupka@kirkland.com)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA  90017
Telephone:  (213) 680-8400
Facsimile: (213) 680-8500

Adam R. Alper (# 196834, aalper@kirkland.com)
Kenny V. Nguyen (# 233385, knguyen@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.; MAGMA DESIGN AUTOMATION, INC.; ALTERA CORPORATION AND MENTOR GRAPHICS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> NARPAT BHANDARI AND VANGUARD SYSTEMS, INC., <br><br> Defendants. | Case No. C 07-00823 MHP <br><br> **DECLARATION OF KENNY V. NGUYEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF LSI'S OWNERSHIP OF U.S. PATENT NO. 5,663,900; DISMISSAL OF DEFENDANTS' COUNTERCLAIMS AND OTHER DECLARATORY RELIEF** <br><br> Hearing Date: September 27, 2007 <br> Time:          2:30 p.m. <br> Place:         Courtroom 15, 18th Floor <br> Judge:        Hon. Marilyn H. Patel |

## <u>DECLARATION OF KENNY V. NGUYEN</u>

I, Kenny Nguyen, declare as follows:

I am an attorney with Kirkland & Ellis LLP, counsel for Mentor Graphics Corporation in the case of *Cadence Design Systems, Inc., et. al. v. Narpat Bhandari and Vanguard Systems, Inc.*, Case No. 07-00823 MHP.  If called as a witness, I could competently testify to the following:

1.   Attached as **Exhibit A** to this declaration is a true and correct copy of an email from D. Escobar of LSI to F. Scherkenbach of Fish and Richardson, P.C., dated February 13, 2007.

2.   Attached as **Exhibit B** to this declaration is a true and correct copy of Memorandum Opinion and Order dated May 11, 2007 entered in *Bhandari v. Cadence Design Systems, Inc.*, et. al., Case No. 6:06 CV 480 (E.D. Texas).

3.   Attached as **Exhibit C** to this declaration is a true and correct copy of the Senate Final History regarding amendments to California Labor Code Section 2870, for the 1983-84 Regular Session.

4.   Attached as **Exhibit D** to this declaration is a true and correct copy of the Senate Final History regarding amendments to California Labor Code Section 2870, for the 1985-86 Regular Session.

5.   Attached as **Exhibit E** to this declaration is a true and correct copy of a note dated July 27, 1993, appended to Daniel Watkins' Performance Appraisal at LSI for the review period 7/92 through 7/93.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of August, 2007 in San Francisco, California.


_____/s/_____
Kenny V. Nguyen