[See signature page for counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.; MAGMA DESIGN AUTOMATION, INC.; ALTERA CORPORATION AND MENTOR GRAPHICS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>NARPAT BHANDARI AND VANGUARD SYSTEMS, INC.,<br><br>    Defendants. | Case No.  C 07 00823 MHP<br><br>**STIPULATION AN~~D [PROPOSED]~~ ORDER FOR ENTRY OF JUDGMENT** |

The Parties hereby stipulate and agree that:

(1) The Court's Order dated November 8, 2007 (the "Order") granting Plaintiffs' motion for summary judgment entirely resolves this dispute between and among the parties on its merits;

(2) Defendants have agreed to dismiss, with prejudice, their counterclaim, and to not seek to appeal the judgment in favor of Plaintiffs as entered by the Court; and

(3) The Plaintiffs have agreed to dismiss, with prejudice, their remaining claims including, specifically, their claim for attorneys' fees, expenses and costs.

Accordingly, the parties hereby jointly request that the Court:

(1) Enter judgment in favor of Plaintiffs' Cadence Design Systems, Inc., Magma Design

|   |   |   |
|---|---|---|
| 1 |  | Automation, Inc., Altera Corp. and Mentor Graphics Corp. ("Plaintiffs") and against |
| 2 |  | Defendants Narpat Bhandari and Vanguard Systems, Inc. ("Defendants") on |
| 3 |  | Plaintiffs' first claim for relief, as set forth in their Amended Complaint for |
| 4 |  | Declaratory Relief, filed March 27, 2007, that Plaintiffs do not infringe U.S. Patent |
| 5 |  | No. 5,663,900 ("the '900 Patent") by virtue of licenses with LSI Logic Corporation, |
| 6 |  | co-owner of the '900 patent; and |
| 7 | (2) | Enter judgment in favor of Plaintiffs and against Defendants on Plaintiff's third |
| 8 |  | claim for relief, as set forth in their Amended Complaint for Declaratory Relief, that |
| 9 |  | LSI Logic Corporation has an ownership interest in the '900 patent and this |
| 10 |  | ownership interest precludes Defendants from bringing suit against Plaintiffs for |
| 11 |  | infringement of the '900 patent due to lack of standing; and |
| 12 | (3) | Dismiss with prejudice all other claims and counterclaims raised in the parties' |
| 13 |  | pleadings. |

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:   December 3, 2007 | Respectfully submitted, |

                                      By:  /s/ Adam Alper
                                            Robert G.  Krupka, P.C.  (CA Bar No.  196625)
                                            KIRKLAND & ELLIS LLP
                                            777 South Figueroa Street
                                            Los Angeles, California  90017
                                            Telephone:   (213) 680-8400
                                            Facsimile:   (213) 680-8500
                                            Email:   bkrupka@kirkland.com

                                            Adam R.  Alper (CA Bar No.  196834)
                                            KIRKLAND & ELLIS LLP
                                            555 California Street
                                            San Francisco, California  94104-1501
                                            Telephone:   (415) 439-1400
                                            Facsimile:   (415) 439-1500
                                            Email:   aalper@kirkland.com

                                            Attorneys for Plaintiff
                                            MENTOR GRAPHICS CORPORATION


                                      By: /s/ Howard G. Pollack
                                            Frank Scherkenbach (CA Bar No.  142549)
                                            FISH & RICHARDSON P.C.
                                            225 Franklin Street
                                            Boston, MA  02110-2804
                                            Telephone:   (617) 542-5050
                                            Facsimile:   (617) 542-8906
                                            Email:   scherkenback@fr.com

                                            Howard G.  Pollack (CA Bar No.  162897)
                                            Michael R.  Headley (CA Bar No.  220834)
                                            FISH & RICHARDSON P.C.
                                            500 Arguello Street, Suite 500
                                            Redwood City, CA  94063
                                            Telephone:   (650) 839-5070
                                            Facsimile:   (650) 839-5071
                                            Email:   pollack@fr.com
                                                      headley@fr.com

                                            Attorneys for Plaintiff
                                            CADENCE DESIGN SYSTEMS, INC.

By: /s/ Mark E. Miller
George A. Riley (CA Bar No. 118304)
Mark E. Miller (CA Bar No. 130200)
Luann L. Simmons (CA Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com
markmiller@omm.com
lsimmons@omm.com

Attorneys for Plaintiff
MAGMA DESIGN AUTOMATION, INC.


By: /s/ Karl Kramer
Karl J. Kramer (CA Bar No. 136433)
Christopher F. Jeu (CA Bar No. 247865)
MORRISON & FOERSTER
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: kkramer@mofo.com
cjeu@mofo.com

Attorneys for Plaintiff
ALTERA CORPORATION


By: /s/ Michael E. Dergosits
Michael E. Dergosits (CA Bar No. 118206)
Teddy K. Joe (CA Bar No. 242589)
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
Email: mdergosits@gergnoah.com
tjoe@gergnoah.com

Attorneys for Defendants
Narpat Bhandari and Vanguard Systems, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all counsel.

Dated: December 3, 2007                    FISH & RICHARDSON P.C.


                                           By: /s/ Howard G. Pollack
                                               Howard G. Pollack

                                           Attorneys for Plaintiff
                                           CADENCE DESIGN SYSTEMS, INC.

# [PROPOSED] ORDER

Having considered the Parties' Stipulation and for good cause shown and in accordance with the Court's Order granting Plaintiffs' motion for summary judgment (Docket No. 90) issued on November 8, 2007,

IT IS HEREBY ORDERED and ADJUDGED that:

1. The Clerk shall enter judgment in favor of Plaintiffs Cadence Design Systems, Inc., Magma Design Automation, Inc., Altera Corp. and Mentor Graphics Corp. ("Plaintiffs") and against Defendants Narpat Bhandari and Vanguard Systems, Inc. ("Defendants") on Plaintiffs' first claim for relief, as set forth in their Amended Complaint for Declaratory Relief, filed March 27, 2007, that Plaintiffs do not infringe U.S. Patent No. 5,663,900 ("the '900 Patent") by virtue of licenses with LSI Logic Corporation, co-owner of the '900 patent;

2. The Clerk shall enter judgment in favor of Plaintiffs and against Defendants on Plaintiff's third claim for relief, as set forth in their Amended Complaint for Declaratory Relief, that LSI Logic Corporation has an ownership interest in the '900 patent and this ownership interest precludes Defendants from bringing suit against Plaintiffs for infringement of the '900 patent due to lack of standing;

3. All other claims and counterclaims set forth in the parties' pleadings are hereby dismissed with prejudice; and

4. Each party is to bear its own costs.

IT IS SO ORDERED.

This ___4th___ day of ___December___, 2007.



Honorable
Judge of
Judge Marilyn H. Patel

50451421.doc

STIPULATED REQUEST FOR ENTRY OF JUDGMENT    -6-    Case No. C 07 00823 MHP
AND [PROPOSED] ORDER