UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., MAGMA DESIGN AUTOMATION, INC., ALTERA CORP., and MENTOR GRAPHICS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>NARPAT BHANDARI AND VANGUARD SYSTEMS, INC.,<br><br>Defendants. | Case No. C07 00823 MHP<br><br>[PROPOSED] JUDGMENT |

At San Francisco, California this 4th day of December, 2007.

IT IS HEREBY ORDERED, based on the Court's Order granting Plaintiffs' motion for summary judgment (Docket No. 90) issued on November 8, 2007, and pursuant to the parties' stipulation, that judgment be entered in this case as follows:

1. Judgment is entered in favor of Plaintiffs Cadence Design Systems, Inc., Magma Design Automation, Inc., Altera Corp. and Mentor Graphics Corp. ("Plaintiffs") and against Defendants Narpat Bhandari and Vanguard Systems, Inc. ("Defendants") on Plaintiffs' first claim for relief, as set forth in their Amended Complaint for Declaratory Relief, filed March 27, 2007,

1  that Plaintiffs do not infringe U.S. Patent No. 5,663,900 ("the '900 Patent"); by virtue of licenses

2  with LSI Logic Corporation, co-owner of the '900 patent; and

3       2.   Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiff's

4  third claim for relief, as set forth in their Amended Complaint for Declaratory Relief, that LSI

5  Logic Corporation has an ownership interest in the '900 patent and this ownership interest

6  precludes Defendants from bringing suit against Plaintiffs for infringement of the '900 patent due

7  to lack of standing.

_____
Honorable Marilyn Hall Patel
Judge of the United States District Court



50451490.doc